**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA ROBERTS, | : | |
| Plaintiff | : | No.  3:21-CV-0029 |
| | : | |
| v. | : | Judge Haines |
| | : | Magistrate Judge Kelly |
| SHAWN ALLWEIN, CO1 GAYDOS, CO1 PHILLIPI, CO 2 SGT. RINGLING *and* DEPARTMENT OF CORRECTIONS (SCI SOMERSET), | : : : | Electronically Filed Document |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion for Judgment on the Pleadings heretofore filed by the Corrections Defendants, **IT IS HEREBY ORDERED** that said Motion is **GRANTED.  ACCORDINGLY, JUDGMENT IS HEREBY ENTERED** in favor of CO1 GAYDOS, CO1 PHILLIPI, and CO2 RINGLING, and against the Plaintiff JOSHUA ROBERTS on the remaining denial of medical care claim in the Complaint [ECF 10].

BY THE COURT:

_____
J.