IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA ROBERTS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHAWN ALLWEIN, CO1 GAYDOS, CO1 )<br>PHILLIPI, CO2 SGT. RINGLING, and )<br>DEPARTMENT OF CORRECTIONS (SCI )<br>SOMERSET) )<br>)<br>Defendants. ) | Civil Action No. 3:21-cv-29<br>Judge Stephanie L. Haines<br>Magistrate Judge Maureen P. Kelly |

## ORDER

AND NOW, this 28th day of June, 2023, for the reasons set forth in Magistrate Judge Kelly's Report and Recommendation (ECF No. 78), which is adopted in whole as the Opinion of this Court, IT IS HEREBY ORDERED that the Motion for Judgment on the Pleadings (ECF Nos. 73) is GRANTED; and,

IT IS FURTHER ORDERED that judgment is entered in favor Defendants CO1 Gaydos, CO1 Phillipi, and CO 2 Sgt. Ringling on Plaintiff's claims against them.

*Stephanie L. Haines* (signature)
Stephanie L. Haines
United States District Judge